UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DARRELL D. LADNIER                                     CIVIL ACTION

VERSUS                                                 NO. 14-1278

REC MARINE LOGISTICS, LLC, et al                       SECTION "E" (4)

SHOW CAUSE ORDER

The plaintiff represents that service has been made upon the defendant SafeZone Safety Systems, LLC. The record reflects that no responsive pleadings have been filed by said defendant.

Accordingly,

IT IS ORDERED that counsel for plaintiff move for entry of default against the defendant under Rule 55 of the Federal Rules of Civil Procedure or show good cause in writing within 30 days why this matter should not be dismissed for failure to prosecute. If counsel for plaintiff fails to move for entry of default or show good cause **in writing** why this matter should not be dismissed, the defendant may be dismissed without prejudice for failure to prosecute without further notice in accordance with Rule 16(f) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 28th day of August, 2014.

SUSIE MORGAN
UNITED STATES DISTRICT JUDGE