0584-20000 1117196

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARRELL D. LADNIER** | **CIVIL ACTION NO: 14-1278** |
| **VERSUS** | **SECTION "E"** <br> **JUDGE SUSIE MORGAN** |
| **REC MARINE LOGISTICS, LLC,** <br> **SAFEZONE SAFETY SYSTEMS, L.L.C.** | **MAGISTRATE (4)** <br> **MAG. JUDGE KAREN WELLS ROBY** |

## WITNESS AND EXHIBIT LIST

**NOW INTO COURT,** through undersigned counsel, comes defendant, REC Marine Logistics, L.L.C., who submits its Witness and Exhibit List in accordance with this Court's Scheduling Order.

## WITNESS LIST

1. Darrell Ladnier
2. Louis Olivier
3. Wayne Bourg
4. Mark Derrickson
5. Ethan Lagarde
6. Wesley Smith
7. Chase Solet
8. Dale A. Thibodeaux

9. Billy D. Gordon

10. Edward Miller

11. Alfred Allday

12. Travis Verdin

13. Ricky N. White

14. Matthew B. Ryan

15. Ed Hathaway

16. LeBarron Barnes

17. Steven McNail

18. Mark Diebold

19. A representative of REC Marine Logistics, LLC

20. A representative of Safety & Training Consultants, LLC

21. Dr. Robert Davis and/or another representative of Occupational Medicine Services

22. A representative of Marine Fab & Repair

23. Dr. Lloyd May

24. Dr. Jacob Kidder

25. Dr. Robert McGinley

26. Dr. Christopher Brown

27. Dr. Terry Taylor, Dr. John McMillin and/or a representative of Infirmary Occupational Health

28. John M. Dockery and/or a representative of Encore Rehabilitation, Inc.

29. Dr. Robert Lightfoot and/or a representative of Victory Health Center

30. A representative of Open MRI

31. A representative of Mobile Open MRI

32. A representative of Mobile Surgery Center

33. A representative of Walmart Pharmacy

34. A representative of CVS Pharmacy

35. Dr. Timothy Finney

36. Dr. Larry Stokes

37. Dr. Kenneth Boudreaux

38. Any witness listed by any other party.

39. Any witness needed for rebuttal or impeachment.

40. Any witness needed to authenticate any document at trial

REC Marine Logistics, LLC reserves the right to amend this Witness List as discovery is ongoing.

## **EXHIBIT LIST**

1. Records of maintenance and cure payments to or on behalf of plaintiff.

2. REC Marine Alleged Personnel Incident Report/Vessel Incident Report

3. REC Marine Accident Investigation Report

4. Any and all discovery propounded by any party along with all responses to said discovery

5. Any and all photographs of the helicopter simulator and its component parts

6. Interview and Accident Follow-up Report signed by Louis Olivier and Steven McNail

7. Witness statement of Louis Olivier

8. Witness statement of Steven McNail

9. Plaintiff's personnel file with REC Marine, including all pre-employment medical questionnaires and all records of pre-employment physicals

10. Roster for all individuals who took the Water Survival/HUET class on February 21, 2014 with the plaintiff

11. STC, LLC student information form completed by Darrell Ladnier on February 21, 2014

12. STC, LLC health questionnaire form completed by Darrell Ladnier on February 21, 2014

13. STC, LLC swing rope transfer form completed by Darrell Ladnier on February 21, 2014

14. STC, LLC swing rope transfer test form completed by Darrell D. Ladnier on February 21, 2014

15. STC, LLC water survival test form completed by Darrell Ladnier on February 21, 2014

16. STC, LLC water survival course evaluation form completed by Darrell Ladnier on February 21, 2014

17. Course materials for the STC, LLC Water Survival/HUET course

18. Records produced by Marine Fab & Repair in response to Subpoena Duces Tecum

19. The deposition of any witness who is unavailable for trial

20. Medical and/or pharmacy records from the following:

      a. Dr. Lloyd May
      b. Dr. Jacob Kidder
      c. Dr. Robert McGinley
      d. Dr. Christopher Brown
      e. Dr. Terry Taylor, Dr. John McMillin and/or Infirmary Occupational Health
      f. John M. Dockery and/or Encore Rehabilitation, Inc.
      g. Dr. Robert Lightfoot and/or Victory Health Center
      h. Open MRI
      i. Mobile Open MRI
      j. Mobile Surgery Center
      k. Walmart Pharmacy
      l. CVS Pharmacy

21. The CV and IME report of Dr. Timothy Finney

22. The CV and expert report of Dr. Larry Stokes

23. The CV and expert report of Dr. Kenneth Boudreaux

24. Plaintiff's payroll records with REC Marine

25. Plaintiff's IRS and Social Security Earnings records

26. Plaintiff's prior employment records

27. Any document identified through further discovery

28. Any document listed by any other party

29. Any document needed for rebuttal or impeachment

REC Marine Logistics, LLC reserves the right to amend this Exhibit List as discovery is ongoing.

Respectfully submitted,

*/s/ Salvador J. Pusateri*
SALVADOR J. PUSATERI (#21036)
KYLE A. KHOURY (#33216)
PUSATERI, BARRIOS, GUILLOT & GREENBAUM, LLC
1100 Poydras Street
Energy Centre – Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile:  (504) 620-2510
Salvador.Pusateri@pbgglaw.com
Kyle.Khoury@pbgglaw.com
Attorneys for REC Marine Logistics, LLC

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 14th day of April, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in this Court's CM/ECF program and otherwise consented to receive notice and service via CM/ECF.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

         */s/   Salvador J. Pusateri*