## INTERROGATORY NO. 6:

Please state whether you, your attorneys, representatives or anyone acting on your behalf have obtained statements in any form regarding any of the events or happenings giving rise to your claim and if so, please state:

a) The names and addresses of the persons from whom any such statements were taken;

b) The dates and places such statements were taken;

c) The names and addresses of the persons and employers of such persons who took such statements; and

d) Whether such statements were written, recorded, taken by a court reporter, stenographer or otherwise.

## ANSWER TO INTERROGATORY NO. 6:

Plaintiff objects to this Interrogatory as vague, over broad and unduly burdensome. In addition, plaintiff objects to this Interrogatory insofar as it seeks information and/or documentation that is protected as privileged as prepared/obtained in anticipation of litigation and/or subject to the attorney-client privilege and/or work-product privilege. Notwithstanding said objections and in the spirit of cooperation, plaintiff is not in possession of any statements.

## INTERROGATORY NO. 7:

Please describe in detail any and all physical and/or mental injuries, illnesses or disabilities you claim to have received or suffered as a result of the incident described in your Complaint, and state in detail the exact nature, extent, date diagnosed and duration of any such injuries, illnesses or disabilities.

## ANSWER TO INTERROGATORY NO. 7:

Plaintiff objects to this Interrogatory as premature as discovery is ongoing and plaintiff's medical treatment is ongoing. Plaintiff sustained serious injuries to his right shoulder and left wrist. Plaintiff's medical records are the best evidence of his injuries and are attached in response to Request for Production of Documents, along with executed medical authorizations.



EXHIBIT A

# The Orthopaedic Group, P.C.

| 1720 Springhill Ave, Ste 100 | 6144 Airport Boulevard | 1711 North McKenzie Street |
| Mobile, AL 36604 | Mobile, AL 36608 | Foley, AL 36535 |
| (251) 450-2754 | (251) 476-5050 | (251) 943-4022 |

| Patient Name: | Ladnier, Darrell | Date of Service: | 03/05/2014 |
| | | MRN: | 201120 |
| DOB: | 05/19/1958 | Patient ID: | 201120 |

## OFFICE NOTE

**CHIEF COMPLAINT:** Right shoulder pain.

**HISTORY:** Patient is a 55 year old male who injured his shoulder almost 2 weeks ago during a water survival training. Initially seen by Dr. McGinley but failed to respond to injection and was sent for a MRI and referred to me for evaluation and management. Still having pain. It is 5 out of 10. Sudden onset. Not improving. It comes and goes. Superior and lateral aspect of his arm. Burning, sharp, aching and throbbing pain. Better with certain positions. Worse with motion, overhead activities and trying to lift the arm. Inflammation has give him no relief. No therapy or surgery.

**PAST MEDICAL HISTORY:** Noted and reviewed on the chart.

**PHYSICAL EXAMINATION:** Pleasant well developed well nourished male in no acute distress. Awake, alert and orient to person, place and time. Normal affect. Right shoulder shows weakness with testing of the cuff. Good motion. Normal neurovascular examination to both of his upper extremities. The left shoulder, bilateral elbows and wrists show good motion with no crepitus and no instability. Biceps and triceps have normal reflexes. Cervical spine today shows no Spurling's but slightly reduced motion and slight trapezial tenderness. No midline tenderness. He has a normal gait.

**X-RAYS:** X-rays and MRI are reviewed which show no glenohumeral arthritis but AC arthritis or a Type II acromion is noted. A rotator cuff tear of the right shoulder is noted.

**IMPRESSION:** RIGHT SHOULDER ROTATOR CUFF TEAR.

**PLAN:** We discussed at length the risks and benefits of operative vs nonoperative treatment including bleeding, infection, pain, scar, stiffness, failure to relieve his symptoms, need for further surgery, damage to nerves and blood vessels, blood clots and even death. He understood that and wishes to proceed with surgical treatment. We will plan for right rotator cuff repair at his convenience.


Jacob F. Kidder, MD
JFK/am/23964967

D: 03/05/2014     T: 03/06/2014


EXHIBIT B

# The Orthopaedic Group, P.C.

| 1720 Springhill Ave, Ste 100 | 6144 Airport Boulevard | 1711 North McKenzie Street |
|---|---|---|
| Mobile, AL 36604 | Mobile, AL 36608 | Foley, AL 36535 |
| (251) 450-2754 | (251) 476-5050 | (251) 943-4022 |

Patient Name:   Ladnier, Darrell            Date of Service:   06/26/2014
                                            MRN:               201120
DOB:            05/19/1958                  Patient ID:        201120

## OFFICE NOTE

**CHIEF COMPLAINT:** Left shoulder pain.

**HISTORY:** Mr. Ladnier is here for recheck of his shoulder. We sent him for an MRI. It was worsening.

**EXAM:** Essentially the same with some stiffness and weakness.

**IMAGING STUDIES:** MRI was reviewed which shows a current tear of the rotator cuff, supraspinatus.

**IMPRESSION:** LEFT SHOULDER ROTATOR CUFF TEAR WITH STIFFNESS.

**PLAN:** Discussed the options with Mr. Ladnier. I think given the worsening of his symptoms we will at least plan for a manipulation under anesthesia and lysis of adhesions if need be. If, however, he has minimal stiffness then we will consider repairing the cuff at that time. Otherwise we will have him come back at a later time to perform the cuff once his stiffness resolves. We will set this up at his convenience.

Jacob F. Kidder, MD
JFK/jh/25569308

D: 06/27/2014      T: 06/27/2014


EXHIBIT C



PROVIDENCE HOSPITAL
OPERATIVE REPORT

| | | | |
|---|---|---|---|
| PATIENT: | LADNIER, DARRELL | AC #: | 72826957 |
| STATUS: | O | MR #: | 148674 |
| PHYSICIAN: | Jacob F. Kidder, M.D. | RM #: | |
| ADMIT DATE: | 07/28/2014 | DATE OF BIRTH: | 05/19/1958 |

SURGEON: Jacob F. Kidder, M.D.

ASSISTANT: None.

PREOPERATIVE DIAGNOSES:
1. Right shoulder rotator cuff tear.
2. Adhesive capsulitis.

POSTOPERATIVE DIAGNOSES:
1. Right shoulder rotator cuff tear.
2. Adhesive capsulitis.

OPERATION: Right shoulder manipulation under anesthesia with arthroscopic lysis of adhesions and rotator cuff repair.

DATE OF SURGERY: 07/28/2014

ANESTHESIA: General.

COMPLICATIONS: No complications.

DRAINS: No drains placed.

SPECIMENS: None removed.

ESTIMATED BLOOD LOSS: 5 mL.

INDICATIONS FOR SURGERY: The patient is a 56-year-old male who is 4 or 5 months from a rotator cuff repair. He developed progressive stiffness and repeat imaging revealed retearing of his cuff. He was counseled on the risks and benefits of operative versus nonoperative treatment including bleeding, infection, pain, scar, stiffness, failure to relieve his symptoms, need for further surgery, damage to nerves and blood vessels, blood clots, even death. He understood that and wished to proceed with surgical treatment.

PROCEDURE IN DETAIL: The patient was seen in preop holding by Dr. Kidder. Informed consent was obtained, signed, and placed on the chart. Right shoulder was initialed. He was then given Ancef antibiotic preoperatively and taken to the operating suite and placed under general anesthesia. Time-out was performed to ensure correct surgical site of the right shoulder. Right upper extremity was prepped and draped in sterile fashion.

A manipulation under anesthesia was performed. The external and internal rotation still had some limitations; however, forward flexion was readily



EXHIBIT D

PROVIDENCE HOSPITAL
OPERATIVE REPORT

PATIENT: LADNIER, DARRELL
AC#: 72826957
MR #: 148674
RM #:

PAGE 2

regained. A posterior portal was made and the arthroscope was introduced in full-thickness tear of the supraspinatus and partial infraspinatus. Previous suture material was removed and a lysis of adhesions extensively was performed from the superior middle and inferior glenohumeral ligament, as well as the cuff itself to mobilize it. A double row fixation was performed. Two 5.5 mm Torrier InSite BR anchors were placed at the medial aspect of the footprint of the greater tuberosity. Sutures were passed in a horizontal mattress configuration and the sutures were tied upon several suture limbs. Two of the suture limbs were used to perform a double row configuration with _____ laterally. Excellent repair was obtained. It was probed and noted to be stable. Portals were closed, dressed with Xeroform, 4x4s, fluffs and tape. He was awakened, extubated, transferred to recovery room in stable condition.

DT: 07/29/2014 10:53:00
TR: 07/29/2014 11:57:01     Jacob F. Kidder, M.D.
OP: rs   JOB#: 498991

OPERATIVE REPORT
CC: KIDDER, JACOB F.

# The Orthopaedic Group, P.C.

| 1720 Springhill Ave, Ste 100 | 6144 Airport Boulevard | 1711 North McKenzie Street |
|---|---|---|
| Mobile, AL 36604 | Mobile, AL 36608 | Foley, AL 36535 |
| (251) 450-2754 | (251) 476-5050 | (251) 943-4022 |

Patient Name:   Ladnier, Darrell                Date of Service:   01/20/2015
                                                MRN:               201120
DOB:            05/19/1958                      Patient ID:        201120

## OFFICE NOTE

**CHIEF COMPLAINT:** Right shoulder pain.

**HISTORY:** Patient is a 56-year-old male with persistent pain in the right shoulder. He is six months now from right rotator cuff repair revision and manipulation, has just been persistently painful, made no improvement since last visit.

**PHYSICAL EXAM:** On exam still notes continued decreased motion and weakness with testing of the cuff.

**IMPRESSION:** PERSISTENT PAIN RIGHT SHOULDER STATUS POST REPAIR AND MANIPULATION.

**PLAN:** At this point, I think Mr. Ladnier is going to require a replacement to get rid of his pain. We discussed at length the risks and benefits of operative vs nonoperative treatment including bleeding, infection, pain, scar, stiffness, failure to relieve his symptoms, need for further surgery, damage to nerves and blood vessels, blood clots, even death. He understood that and wishes to proceed with surgical treatment. We will plan for reverse replacement of the right shoulder at his convenience.

Jacob F. Kidder, MD
JFK/bn/29391482

D: 01/21/2015      T: 01/26/2015



EXHIBIT E

# The Orthopaedic Group, P.C.

| 1720 Springhill Ave, Ste 100 | 6144 Airport Boulevard | 1711 North McKenzie Street |
|---|---|---|
| Mobile, AL 36604 | Mobile, AL 36608 | Foley, AL 36535 |
| (251) 450-2754 | (251) 476-5050 | (251) 943-4022 |

Patient Name: Ladnier, Darrell          Date of Service: 08/27/2014
                                        MRN:             201120
DOB:          05/19/1958                Patient ID:      201120

## OFFICE NOTE

**CHIEF COMPLAINT:** "Pain in my left wrist."

**SUMMARY:** Mr. Ladnier is 11 recovering from a redo right rotator cuff repair and this requires more use of his left wrist. He had an injection for deQuervain's tendinitis over a year ago with good relief.

**PHYSICAL EXAMINATION:** Shows tenderness over the first extensor compartment with pain on ulnar deviation.

**DIAGNOSIS:** RECURRENT LEFT WRIST DEQUERVAIN'S TENDINITIS.

**DISPOSITION:** The first extensor compartment is reinjected. He will continue in his present splint. Recheck p.r.n.

**INJECTION NOTE:** We sterilely prepared the left wrist first extensor compartment in the usual fashion with Betadine and alcohol and injected 0.5 mL Lidocaine and 0.5 mL Kenalog. The patient tolerated this well. The site was cleaned with alcohol and a band-aid was applied.

Robert McGinley, MD
RBM/am/26634037

D: 08/27/2014      T: 08/28/2014


EXHIBIT F

| | | | |
|---|---|---|---|
| Patient Name: | Ladnier, Darrell | Date of Service: | 06/20/2011 |
| | | MRN: | 201120 |
| DOB: | 05/19/1958 | Patient ID: | 201120 |

## OFFICE NOTE

Intake form reviewed and signed.

CHIEF COMPLAINT: PAIN IN BOTH SHOULDERS.

SUMMARY: This 53 year old Mill-right has had over a year of bilateral shoulder pain, left greater than right. This bothers him particularly at night, only mild pain during the day. There is no radicular component. Non steroidals have given minimal relief.

Exam shows full cervical and bilateral shoulder motion, moderate pain on impingement maneuver, left greater than right.

Exam both shoulders show AC degenerative changes.

DX: BILATERAL SHOULDER IMPINGEMENT

DISPOSITION: Injection given. Exercises are given along with Mobic 15. Recheck in one month if not improved.

INJECTION NOTE: We sterilely prepared bilateral shoulders, posterior portal in the usual fashion with Betadine and alcohol and injected 0.5 mL Lidocaine and 0.5 mL Kenalog The patient tolerated this well. The site was cleaned with alcohol and a band-aid was applied.

Robert McGinley, MD
RM/lw/13126767

D: 06/20/2011 T: 06/21/2011

cc: Robert Lightfoot, MD



EXHIBIT G

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

DARRELL D. LADNIER,

    Plaintiff,

    vs.          CASE NO. 2:14-CV-01278-SM-KWR

REC MARINE LOGISTICS, LLC,

SAFEZONE SAFETY SYSTEMS, LLC,,

    Defendants.

\* \* \* \* \* \* \* \* \* \*

DEPOSITION OF ROBERT BALL MCGINLEY, M.D., taken pursuant to stipulation and agreement before Audrey Kirkland, Court Reporter and Commissioner for the State of Alabama at Large, in the Medical Offices of The Orthopaedic Group, 6144 Airport Boulevard, Mobile, Alabama, on Tuesday, March 24, 2015, commencing at approximately 11:37 a.m.

\* \* \* \* \* \* \* \* \* \*





EXHIBIT H

Page 23

1   the 10th, 2013.  And as sometimes happens, my
2   computer has frozen up.
3       Q.  Well, luckily I've got some paper.
4       A.  Okay.  Great.  Well, hold on to your
5   paper.
6       Q.  All right.  Well, let me ask you --
7   before we talk about the next visit, let me ask
8   you:  When you diagnosed him with bilateral
9   impingement --
10      A.  Yes.
11      Q.  -- if you could just, for whoever
12  may read this later, if you could just give us
13  a little more broadbrush, what is bilateral
14  shoulder impingement?
15      A.  It means that there is some
16  inflammation of the tendons of the rotator
17  cuff.  Bilateral means both sides.  Very common
18  condition.  In most cases, with simple
19  treatment such as medicine, either by mouth
20  and/or injection, and exercise, it quietens
21  down and the patient can go on about their
22  normal activity.
23          In his case, there was some arthritis in





EXHIBIT
H