| | | | |
|---|---|---|---|
| Patient Name: | Ladnier, Darrell | Date of Service: | 03/07/2012 |
| | | MRN: | 201120 |
| DOB: | 05/19/1958 | Patient ID: | 201120 |

## OFFICE NOTE

Mr. Ladnier has recurrent bilateral shoulder pain helped by injection nine months ago, the left if more symptomatic.

**PHYSICAL EXAMINATION:** Shows full cervical and bilateral shoulder motion with moderate left shoulder pain with impingement maneuvers. Strength is good bilaterally with no neurologic deficit.

**DISPOSITION:** Both shoulders are reinjected. Continue on Mobic. Recheck as needed.

**PROCEDURE:** We sterilely prepared both shoulders, posterior portals in the usual fashion with Betadine and alcohol and injected 0.5 mL of Kenalog and 5 mL of Xylocaine. The patient tolerated this well. The site was cleaned with alcohol and a band-aid was applied.

Robert McGinley, MD
RM/sm/14909405-2

D: 03/07/2012 T: 03/09/2012


EXHIBIT

# The Orthopaedic Group, P.C.

| 1720 Springhill Ave, Ste 100 | 6144 Airport Boulevard | 1711 North McKenzie Street |
|---|---|---|
| Mobile, AL 36604 | Mobile, AL 36608 | Foley, AL 36535 |
| (251) 450-2754 | (251) 476-5050 | (251) 943-4022 |

| Patient Name: | Ladnier, Darrell | Date of Service: | 01/21/2014 |
|---|---|---|---|
| | | MRN: | 201120 |
| DOB: | 05/19/1958 | Patient ID: | 201120 |

## OFFICE NOTE

**CHIEF COMPLAINT:** "Pain in my shoulders and left wrist."

**SUMMARY:** Darrell has been seen in the past for bilateral shoulder impingement and one year ago for a severe left wrist deQuervain's tendinitis. Injection and short arm cast solved this problem. The pain in both areas has returned.

**PHYSICAL EXAM:** Exam shows full cervical and bilateral shoulder motion. Mild pain with impingement maneuvers. He has well localized tenderness to the left wrist first extensor compartment with pain on ulnar deviation.

**DIAGNOSIS:**
1. RECURRENT BILATERAL SHOULDER IMPINGEMENT.
2. LEFT DEQUERVAIN'S TENDINITIS.

**DISPOSITION:** All three areas are injected. We discussed possible deQuervain's release if the pain persists. Recheck p.r.n.

**INJECTION NOTE:** We sterilely prepared both shoulders in the usual fashion with Betadine and alcohol and injected 5 mL of Lidocaine and 0.5 mL of Kenalog through posterior portals in the subacromial space. The patient tolerated this well. The site was cleaned with alcohol and a band-aid was applied.

We sterilely prepared left wrist first extensor compartment in the usual fashion with Betadine and alcohol and injected 0.5 mL of Lidocaine and 0.5 mL of Kenalog. The patient tolerated this well. The site was cleaned with alcohol and a band-aid was applied.

Robert McGinley, MD
RBM/am/23349046

D: 01/21/2014    T: 01/27/2014


EXHIBIT

J

# The Orthopaedic Group, P.C.

1720 Springhill Ave, Ste 100        6144 Airport Boulevard        1711 North McKenzie Street
Mobile, AL 36604                Mobile, AL 36608                Foley, AL 36535
(251) 450-2754                   (251) 476-5050                  (251) 943-4022

| | | | |
|---|---|---|---|
| Patient Name: | Ladnier, Darrell | Date of Service: | 05/10/2013 |
| | | MRN: | 201120 |
| DOB: | 05/19/1958 | Patient ID: | 201120 |

## OFFICE NOTE

CHIEF COMPLAINT: "Hurt my wrists."

SUMMARY: This active, 55-year-old had a small blow to his right radial styloid over a month ago and has had increasing activity-related pain since.

PHYSICAL EXAMINATION: Shows swelling and tenderness over the 1st extensor compartment. Pain on ulnar deviation. Good grip strength.

X-rays are normal.

ASSESSMENT: Left wrist de Quervain's tenosynovitis.

DISPOSITION: First extensor compartment is injected. He is given Mobic 15 and a short-arm cast is applied. Recheck for examination out of the cast in 1 week.


Robert McGinley, MD
RBM/sm/20874488

D: 05/10/2013        T: 05/13/2013



RFC

ATTENTION: YOU MUST ANSWER TRUTHFULLY REGARDING THE BELOW MEDICAL CONDITIONS. FAILURE TO ANSWER TRUTHFULLY WILL RESULT IN IMMEDIATE TERMINATION AND FORFEITURE OF WORKERS COMPENSATION BENEFITS AND FORFEITURE OF MAINTENANCE AND CURE.

Circle Y for YES and N for NO if you currently have the following symptoms or have significantly in the past.

Describe any "yes" at bottom.

| Condition | | Condition | | Condition | |
|---|---|---|---|---|---|
| Hearing problems | Y **N** | Diabetes | Y **N** | Narcolepsy | Y **N** |
| Impaired speech/stuttering | Y **N** | HIV or AIDS | Y **N** | Sleep apnea | Y **N** |
| Deformities of face | Y **N** | Tuberculosis | Y **N** | Restless leg | Y **N** |
| Open tracheotomy | Y **N** | Neurofibromatosis | Y **N** | Loss of consciousness | Y **N** |
| Poor vision | Y **N** | Skin diseases | Y **N** | Stroke or TIA | Y **N** |
| History of eye disease or surgery | Y **N** | Lupus | Y **N** | Brain tumor | Y **N** |
| Abnormal color vision | Y **N** | Any kidney problems | Y **N** | Other brain/nerve disease | Y **N** |
| Glaucoma, cataract | Y **N** | Protein/sugar/blood urine | Y **N** | ADD, ADHD or bipolar | Y **N** |
| Asthma, Emphysema or COPD | Y **N** | Injured back/back pain | Y **N** | Depression | Y **N** |
| Collapsed lung/pneumothorax | Y **N** | Injured neck/neck pain | Y **N** | History of suicide attempt | Y **N** |
| Irregular heart beat | Y **N** | Injured hip | Y **N** | Schizophrenia | Y **N** |
| Heart murmur/valve replacement | Y **N** | Injured shoulder | Y **N** | Anxiety | Y **N** |
| Chest pain or angina | Y **N** | Injured leg   right or left | Y **N** | Alcohol/substance abuse | Y **N** |
| Heart attack/myocardial infarction | Y **N** | Back surgery/injury | Y **N** | Loss of memory/amnesia | Y **N** |
| Congestive heart failure | Y **N** | Ruptured/herniated disc | Y **N** | Other psychiatric disease | Y **N** |
| Heart surgery/stent/angioplasty | Y **N** | Fractures requiring surgery | Y **N** | Sleepwalking | Y **N** |
| Pacemaker or defibrillator | Y **N** | Recurrent neck/back pain | Y **N** | Bedwetting since age 12 | Y **N** |
| Any other heart condition | Y **N** | Any joint problems | Y **N** | Sex change | Y **N** |
| High blood pressure | Y **N** | Amputations or prosthesis | Y **N** | Allergic reactions | Y **N** |
| Aneurysm or blockages | Y **N** | Carpal tunnel | Y **N** | Any other disease/surgery | Y **N** |
| Pulmonary embolus/blood clots | Y **N** | Difficulty walking/climbing | Y **N** | Any hospitalization | Y **N** |
| Gastrointestinal bleeding/ulcers | Y **N** | Sciatica or nerve pain | Y **N** | Received workers compensation | Y **N** |
| Crohn's disease/ulcerative colitis | Y **N** | Bone/joint disorder | Y **N** | Received disability benefits | Y **N** |
| Hepatitis, jaundice or cirrhosis | Y **N** | Motion/sea sickness | Y **N** | MRI, CT Scan, Discogram or Myelogram | Y **N** |
| Gallbladder problems/stones | Y **N** | Impaired balance | Y **N** | Lifting restrictions from a physician | Y **N** |
| Intestinal surgery | Y **N** | Vertigo or dizziness | Y **N** | Injury or illness which required | |
| Any form of cancer | Y **N** | Numbness/paralysis | Y **N** |      loss time from work | Y **N** |
| Any blood disorders | Y **N** | Head injury/skull fracture | Y **N** | Work release program | Y **N** |
| Prostate problems | Y **N** | Seizures or epilepsy | Y **N** | | |
| Thyroid disorder | Y **N** | Recurrent headaches | Y **N** | | |

Describe "Yes" answers:(Date diagnosed, date occurred...)

6/20/13
AL PCN
200il x 20 yrs
OL

List all current medications including condition for which substance is taken:
N O N E

DATE OF BIRTH: 5 19 58    SS# 422 90 8446    Phone # (751) 751-5177

DARRELL D ZADWIER    9602 OAK FAIRWAY DE    CAPHAEL
Print Name                  Address                      Occupation/Job Title

Darrell D Zdw    6   1201-13
Signature          Date

EXHIBIT
tobbler
L


EXHIBIT
tabbies

# POST-OFFER PRE-EMPLOYMENT ENTRANCE EXAMINATION SHEET

Each question must be verbally asked by the interviewer to the prospective employee. The prospective employee must indicate his response verbally to the interviewer and in writing in the appropriate spaces below. Each written response must be initialed by the prospective employee and the interviewer.

Sign: _Amul D Fillman_    Prospective Employee    Date: _6-20-13_

Sign: _[signature]_    Interviewer    Date: _6-31-13_

1. DO YOU HAVE NOW OR HAVE YOU EVER HAD IN THE PAST, INJURY OR DISEASE TO YOUR:

| | YES | NO | PROSPECTIVE EMPLOYEE INITIALS | INTERVIEWER INITIALS |
|---|---|---|---|---|
| Head | [] | [X] | DL | |
| Face | [] | [X] | DL | |
| Eyes | [] | [X] | DL | |
| Ears | [] | [X] | DL | |
| Nose | [] | [X] | DL | |
| Throat | [] | [X] | DL | |
| Sinuses | [] | [X] | DL | |
| Mouth | [] | [X] | DL | |
| Neck | [] | [X] | DL | |
| Chest | [] | [X] | DL | |
| Lungs | [] | [X] | DL | |
| Heart | [] | [X] | DL | |

DATE _6-20-13_
SIGNATURE OF PROSPECTIVE EMPLOYEE _Amul D Fillman_

DATE _6-31-13_
SIGNATURE OF INTERVIEWER _[signature]_

Page 1

**DO YOU HAVE NOW OR HAVE YOU EVER HAD IN THE PAST, INJURY OR DISEASE TO YOUR:**

| | YES | NO | PROSPECTIVE EMPLOYEE INITIALS | INTERVIEWER INITIALS |
|---|---|---|---|---|
| Wrist | [] | [] | DL | |
| Ribs | [] | [] | DL | |
| Skin | [] | [] | DL | |
| Rectum | [] | [] | DL | |
| Groin | [] | [] | DL | |
| Urinary tract | [] | [] | PL | |
| Stomach | [] | [] | DL | |
| Abdomen | [] | [] | DL | |
| Genitalia | [] | [] | DL | |
| Arms | [] | [] | DC | |
| Hands | [] | [] | DL | |
| Legs | [] | [] | DL | |
| Feet | [] | [] | DL | |
| Hips | [] | [] | DL | |
| Ankles | [] | [] | DL | |
| Buttocks | [] | [] | DL | |
| Back | [] | [] | DL | |
| Shoulders | [] | [] | DL | |
| Knees | [] | [] | DL | |

6-20-17
**DATE**

6-20-13
**DATE**

_Darrell D. James_
**SIGNATURE OF PROSPECTIVE EMPLOYEE**

_Bub Cartell_
**SIGNATURE OF INTERVIEWER**

Page 2

DO YOU HAVE NOW OR HAVE YOU EVER HAD IN THE PAST, INJURY OR DISEASE TO YOUR:

| | YES | NO | PROSPECTIVE EMPLOYEE INITIALS | INTERVIEWER INITIALS |
|---|---|---|---|---|
| Elbows | [ ] | [X] | DL | [signature] |
| Kidneys | [ ] | [X] | DL | [signature] |
| Liver | [ ] | [X] | DL | [signature] |
| Pancreas | [ ] | [X] | DL | [signature] |
| Gall bladder | [ ] | [X] | DL | [signature] |
| Appendix | [ ] | [X] | DL | [signature] |
| Colon | [ ] | [X] | DL | [signature] |
| Intestines | [ ] | [X] | DL | [signature] |
| Bowels | [ ] | [X] | DL | [signature] |
| Prostate | [ ] | [X] | DL | [signature] |
| Brain | [ ] | [X] | DL | [signature] |
| Rotator Cuff | [ ] | [X] | DL | [signature] |
| Fingers | [ ] | [X] | DL | [signature] |
| Toes | [ ] | [X] | DL | [signature] |
| Clavicle | [ ] | [X] | DL | [signature] |
| Sternum | [ ] | [X] | DL | [signature] |
| Teeth | [ ] | [X] | DL | [signature] |
| Other | [ ] | [X] | DL | [signature] |

6-20-13
DATE

[signature]
SIGNATURE OF PROSPECTIVE EMPLOYEE

6-20-13
DATE

[signature]
SIGNATURE OF INTERVIEWER

If you answered "yes" to any of the above, please explain: _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## 2. HAVE YOU EVER HAD OR EXPERIENCED:

| | YES | NO | PROSPECTIVE EMPLOYEE INITIALS | INTERVIEWER INITIALS |
|---|---|---|---|---|
| Hernia | [ ] | [✗] | DC | |
| Seizures | [ ] | [✗] | DC | |
| Fits | [ ] | [✗] | DC | |
| Fainting | [ ] | [✗] | DC | |
| Dizziness | [ ] | [✗] | DC | |
| Epilepsy | [ ] | [✗] | DC | |
| Hepatitis | [ ] | [✗] | DC | |
| Sexually Transmitted Disease | [ ] | [✗] | DC | |
| Venereal disease | [ ] | [✗] | DC | |

6-20-13
**DATE**

6-20-13
**DATE**

_Darrell_ _____
**SIGNATURE OF PROSPECTIVE EMPLOYEE**

_____
**SIGNATURE OF INTERVIEWER**

Page 4

HAVE YOU EVER HAD OR EXPERIENCED:

| | YES | NO | PROSPECTIVE EMPLOYEE INITIALS | INTERVIEWER INITIALS |
|---|---|---|---|---|
| Other Communicable Disease | [ ] | [x] | | |
| Infectious disease | [ ] | [x] | | |
| Gangrene | [ ] | [x] | | |
| Infections | [ ] | [x] | | |
| Hypertension | [ ] | [x] | | |
| Hemorrhoids | [x] | [ ] | | |
| Body deformities | [ ] | [x] | | |
| Malaria | [ ] | [x] | | |
| Headaches | [ ] | [x] | | |
| Skin rash | [ ] | [x] | | |
| Eczema | [ ] | [x] | | |
| Swollen joints | [ ] | [x] | | |
| Painful joints | [ ] | [x] | | |
| Leg cramps | [ ] | [x] | | |
| Sinus trouble | [ ] | [x] | | |
| Loss of a body part | [ ] | [x] | | |
| Amputation of a Body part | [ ] | [x] | | |
| Varicose veins | [ ] | [x] | | |

6-20-13
DATE

SIGNATURE OF PROSPECTIVE EMPLOYEE

6-21-13
DATE

SIGNATURE OF INTERVIEWER

HAVE YOU EVER HAD OR EXPERIENCED:

| | YES | NO | PROSPECTIVE EMPLOYEE INITIALS | INTERVIEWER INITIALS |
|---|---|---|---|---|
| Drug addiction | [ ] | [✓] | _DL_ | |
| Alcoholism | [ ] | [✓] | _DL_ | |
| Arthritis | [✓] | [ ] | _DL_ | |
| Bronchitis | [ ] | [✓] | _DL_ | |
| Shortness of breath | [ ] | [✓] | _DL_ | |
| Chest pain | [ ] | [✓] | _DL_ | |
| Diabetes | [ ] | [✓] | _DL_ | |
| Heart disease | [ ] | [✓] | _DL_ | |
| Irregular heartbeat | [ ] | [✓] | _DL_ | |
| Rapid heartbeat | [ ] | [✓] | _DL_ | |
| Fibrosis | [ ] | [✓] | _DL_ | |
| Pleural thickening | [ ] | [✓] | _DL_ | |
| Pleurisy | [ ] | [✓] | _DL_ | |
| Psychiatric Disturbances | [ ] | [✓] | _DL_ | |
| Respiratory disease | [ ] | [✓] | _DL_ | |
| Thrombophlebitis | [ ] | [✓] | _DL_ | |
| Anemia | [ ] | [✓] | _DL_ | |
| Blood disease | [ ] | [✓] | _DL_ | |

6-20-13
DATE

6-20-13
DATE

_____
SIGNATURE OF PROSPECTIVE EMPLOYEE

_____
SIGNATURE OF INTERVIEWER

Page 6

## HAVE YOU EVER HAD OR EXPERIENCED:

| | YES | NO | PROSPECTIVE EMPLOYEE INITIALS | INTERVIEWER INITIALS |
|---|---|---|---|---|
| Scarlet fever | [ ] | [X] | DL | |
| Rheumatic fever | [ ] | [X] | DL | |
| Diseases of the eye | [ ] | [X] | DL | |
| Diseases of the ear | [ ] | [X] | DL | |
| Diseases of the stomach | [ ] | [X] | DL | |
| Persistent indigestion | [ ] | [X] | DL | |
| Marked change in weight | [ ] | [X] | DC | |
| Persistent cough | [ ] | [X] | DL | |
| Asthma | [ ] | [X] | DL | |
| Pneumonia | [ ] | [X] | DL | |
| Paralysis | [ ] | [X] | DL | |
| Osteoarthritis | [ ] | [X] | DL | |
| Osteoporosis | [ ] | [X] | DL | |
| Bone disease | [ ] | [X] | DL | |
| Bone deformity | [ ] | [X] | DL | |
| Loss of memory | [ ] | [X] | DL | |
| Amnesia | [ ] | [X] | DL | |
| Ulcers | [ ] | [X] | DL | |

6-30-13
**DATE**

6-30-13
**DATE**

_Darrell D Toler_
SIGNATURE OF PROSPECTIVE EMPLOYEE

SIGNATURE OF INTERVIEWER
Page 7

## HAVE YOU EVER HAD OR EXPERIENCED:

| | YES | NO | PROSPECTIVE EMPLOYEE INITIALS | INTERVIEWER INITIALS |
|---|---|---|---|---|
| Mental illness | [ ] | [✗] | _DC_ | |
| Nervousness | [ ] | [✗] | _DC_ | |
| Burning or discharge from the penis | [ ] | [✗] | _DC_ | |
| Abnormal papsmear | [ ] | [✗] | _DL_ | |
| Pregnancy | [ ] | [✗] | _DC_ | |
| Female abnormalities | [ ] | [✗] | _DC_ | |
| Poisoning | [ ] | [✗] | _DC_ | |
| Cerebral Palsy | [ ] | [✗] | _DC_ | |
| Ruptured Ear Drum | [ ] | [✗] | _DC_ | |
| Stomach Ulcers | [ ] | [✗] | _DL_ | |
| Jaundice | [ ] | [✗] | _DC_ | |
| Back Surgery | [ ] | [✗] | _DL_ | |
| Neck Surgery | [ ] | [✗] | _DL_ | |
| Broken Bones | [ ] | [✗] | _DL_ | |
| Failed Medical Exam | [ ] | [✗] | _DL_ | |
| Arteriosclerosis | [ ] | [✗] | _DL_ | |
| Asbestosis | [ ] | [✗] | _DL_ | |
| Cancer | [ ] | [✗] | _DL_ | |

_6-20-13_
**DATE**

_6-20-13_
**DATE**

_Darrell D. Tolin_
**SIGNATURE OF PROSPECTIVE EMPLOYEE**

**SIGNATURE OF INTERVIEWER**
Page 8

HAVE YOU EVER HAD OR EXPERIENCED:

| | YES | NO | PROSPECTIVE EMPLOYEE INITIALS | INTERVIEWER INITIALS |
|---|---|---|---|---|
| Cardiac Disease | [ ] | [X] | DL | |
| Carpal Tunnel Syndrome | [ ] | [X] | DL | |
| Osteomyelitis | [ ] | [X] | DL | |
| Double Vision | [ ] | [X] | DL | |
| Blurred Vision | [ ] | [X] | DL | |
| Emphysema | [ ] | [X] | DL | |
| Head Injury | [ ] | [X] | DL | |
| Metal Poisoning | [ ] | [X] | DL | |
| Hemophilia | [ ] | [X] | DL | |
| High Blood Pressure | [ ] | [X] | DL | |
| Low Blood Pressure | [ ] | [X] | DL | |
| Hodgkin's Disease | [ ] | [X] | DL | |
| Hyperinsulinism | [ ] | [X] | DL | |
| Loss of Hearing | [ ] | [X] | DL | |
| Loss of Sight | [ ] | [X] | DL | |
| Loss of Use of Limbs | [ ] | [X] | DL | |
| Mental Retardation | [ ] | [X] | DL | |
| Multiple Sclerosis | [ ] | [X] | DL | |
| Muscle Injury | [ ] | [X] | DL | |

6-20-12
DATE

SIGNATURE OF PROSPECTIVE EMPLOYEE

6-21-13
DATE

SIGNATURE OF INTERVIEWER

## HAVE YOU EVER HAD OR EXPERIENCED:

| | YES | NO | PROSPECTIVE EMPLOYEE INITIALS | INTERVIEWER INITIALS |
|---|---|---|---|---|
| Ligament Injury | [ ] | [X] | _DC_ | |
| Tendon Injury | [ ] | [X] | _DC_ | |
| Muscular Dystrophy | [ ] | [X] | _DC_ | |
| Numbness of Extremities | [ ] | [X] | _DC_ | |
| Parkinson's Disease | [ ] | [X] | _DC_ | |
| Psychoneurotic Disability | [ ] | [X] | _DC_ | |
| Reflex Sympathetic Dystrophy | [ ] | [X] | _DC_ | |
| Polio | [ ] | [X] | _DC_ | |
| Poliomyelitis | [ ] | [X] | _DC_ | |
| Rheumatism | [ ] | [X] | _DC_ | |
| Silicosis | [ ] | [X] | _DC_ | |
| Spinal Fusion | [ ] | [X] | _DC_ | |
| Stroke | [ ] | [X] | _DC_ | |
| Thoracic Outlet Syndrome | [ ] | [X] | _DC_ | |
| Tuberculosis | [ ] | [X] | _DC_ | |
| Ionizing Radiation Injury | [ ] | [X] | _DC_ | |
| Nervous Breakdown | [ ] | [X] | _DC_ | |

_6-20-13_
**DATE**

_6-20-13_
**DATE**

_Darrell D Zahn_
**SIGNATURE OF PROSPECTIVE EMPLOYEE**

**SIGNATURE OF INTERVIEWER**

Page 10

| | | | |
|---|---|---|---|
| Compressed Air Sequelae | [] | [X] | *(signature)* |
| TMJ (Temporomandibular joint syndrome) | [] | [X] | *(signature)* |
| Radiation Sickness From Exposure to Radiation | [] | [X] | *(signature)* |
| Sleep Apnea | [] | [X] | *(signature)* |
| Sleep disorder | [] | [X] | *(signature)* |
| Schizophrenia | [] | [X] | *(signature)* |
| Ankylosis | [] | [X] | *(signature)* |
| Scoliosis | [] | [X] | *(signature)* |
| Other | [] | [X] | *(signature)* |

If you answered "yes" to any of the above medical questions, please explain in detail the nature of the injury or condition, the type of treatment received, and the name and phone number of doctor, medical provider or medical facility providing the treatment:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

6-20-13
**DATE**

6-20-13
**DATE**

*(signature)*
**SIGNATURE OF PROSPECTIVE EMPLOYEE**

*(signature)*
**SIGNATURE OF INTERVIEWER**

Page 11

3. HAVE YOU EVER BEEN A PATIENT IN A HOSPITAL?

YES   NO        PROSPECTIVE              INTERVIEWER
                EMPLOYEE INITIALS        INITIALS
[]    [+]          _DC_

If you answered "yes", please explain, including the name and location and phone
number of the hospital and explained why you were hospitalized:_____

_____

4. HAVE YOU EVER UNDERGONE ANY SURGICAL PROCECURE?

YES   NO        PROSPECTIVE              INTERVIEWER
                EMPLOYEE INITIALS        INITIALS
[]    [+]          _DC_

If you answered "yes", please explain, including the name, phone number and location of
the doctor and the nature of the surgical procedure:_____

_____

5. HAS ANY MEDICAL PERSONNEL EVER RECOMMENDED THAT YOU
UNDERGO SURGERY?

YES   NO        PROSPECTIVE              INTERVIEWER
                EMPLOYEE INITIALS        INITIALS
[]    [+]          _DC_

If you answered "yes", please explain, including the name, phone number and location of
that person and the type of surgery:_____

_____

6. HAVE YOU EVER SUSTAINED ANY TYPE OF DISABILITY INJURY OR
DISEASE?

YES   NO        PROSPECTIVE              INTERVIEWER
                EMPLOYEE INITIALS        INITIALS
[]    [+]          _DC_

If you answered "yes", please explain, including the name, phone number and location of
the doctor or person making such determination and describe the injury or disease:_____

_____

_6-20-13_
DATE
_6-20-13_          SIGNATURE OF PROSPECTIVE EMPLOYEE
DATE
                  SIGNATURE OF INTERVIEWER
                  Page 12

7.  HAVE YOU EVER LOST TIME FROM WORK OR FAILED TO OBTAIN EMPLOYMENT BECAUSE OF AN INJURY OR DISEASE?

| YES | NO | PROSPECTIVE EMPLOYEE INITIALS | INTERVIEWER INITIALS |
|-----|-----|-----|-----|
| [ ] | [✓] | | |

If you answered "yes", please explain, including the name, phone number and location of your employer, the nature of your injury or disease and how long you were out of work:

8.  HAVE YOU EVER APPLIED FOR OR RECEIVED ANY KIND OF DISABILITY OR WORKER'S COMPENSATION?

| YES | NO | PROSPECTIVE EMPLOYEE INITIALS | INTERVIEWER INITIALS |
|-----|-----|-----|-----|
| [ ] | [✓] | | |

If you answered "yes", please explain, including the name, phone number and location of your employer, the nature of your injury and how long you were disabled:

9.  HAVE YOU EVER HAD OR EXPERIENCED ANY OTHER INJURIES OR DISEASE NOT DISCUSSED ABOVE?

| YES | NO | PROSPECTIVE EMPLOYEE INITIALS | INTERVIEWER INITIALS |
|-----|-----|-----|-----|
| [ ] | [✓] | | |

If you answered "yes", please explain:

6-20-13
DATE

6-20-13
DATE

SIGNATURE OF PROSPECTIVE EMPLOYEE

SIGNATURE OF INTERVIEWER

10. HAS A DOCTOR OR MEDICAL CARE PROVIDER EVER RESTRICTED YOUR ACTIVITIES?

YES   NO      PROSPECTIVE          INTERVIEWER
            EMPLOYEE INITIALS    INITIALS

[]   *H*

If you answered "yes", please explain and list the medical conditions, what type of restrictions were placed, whether these restrictions are temporary or permanent, and whether you are presently under these restrictions:_____

_____

_____

11. ARE YOU PRESENTLY UNDER ANY MEDICAL TREATMENT BY A DOCTOR, PSYCHIATRIST OR PSYCHOLOGIST?

YES   NO      PROSPECTIVE          INTERVIEWER
            EMPLOYEE INITIALS    INITIALS

[]   *H*

If you answered "yes", please explain and list the medical condition being treated, the name, phone number and location of the doctor and their field of specialty:_____

_____

_____

12. ARE YOU PRESENTLY TAKING ANY MEDICATION?

YES   NO      PROSPECTIVE          INTERVIEWER
            EMPLOYEE INITIALS    INITIALS

[]   *H*

If you answered, "yes", please list the name of the medication, the medical condition being treated, and the name, address, and phone number of the doctor who prescribed the medication:_____

_____

_____

*6-20-13*
DATE

*6-20-13*
DATE

*[signature]*
SIGNATURE OF PROSPECTIVE EMPLOYEE

*[signature]*
SIGNATURE OF INTERVIEWER

Page 14

13. HAVE YOU EVER RECEIVED TREATMENT FROM A CHIROPRACTOR, PHYSICAL THERAPIST OR OCCUPATIONAL THERAPIST?

YES  NO     PROSPECTIVE      INTERVIEWER
[ ]   [ ]     EMPLOYEE INITIALS    INITIALS

If you answered "yes", please list the name, address and phone number of all doctors, chiropractors or therapists who provided treatment, the dates of the treatment and the diagnosis provided by the doctor, chiropractor or therapist:

_____

_____

I certify that the foregoing information supplied by me is true and correct.

**WARNING!  Pursuant to LSA-RS 23:1208, I understand that the failure to answer truthfully to any of the above questions may result in a denial of any right I or my dependents may have to worker's compensation benefits, including medical treatment expenses and a denial of any right I or my dependents may have to maintenance and cure benefits.**

I further understand that any failure to answer truthfully any of the above questions may result in the termination of my employment.

_6-20-13_         _Darrell D. Tolure_
**DATE**             **SIGNATURE OF PROSPECTIVE EMPLOYEE**

_10-21-13_         _____
**DATE**             **SIGNATURE OF INTERVIEWER**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARRELL D. LADNIER** | **CIVIL ACTION NO: 14-1278** |
| **VERSUS** | **SECTION "E"**<br>**JUDGE SUSIE MORGAN** |
| **REC MARINE LOGISTICS, LLC,**<br>**SAFEZONE SAFETY SYSTEMS, L.L.C.** | **MAGISTRATE (4)**<br>**MAG. JUDGE KAREN WELLS ROBY** |

### <u>UNSWORN DECLARATION PURSUANT TO 28 U.S.C. § 1746</u>

I, Blaine Russell, hereby make the following declarations:

1.      I am an adult resident of the state of Louisiana.  I am of sound mind and capable in all respects of executing this Declaration.

2.      I am the Operations Manager of REC Marine Logistics, LLC.

3.      REC Marine Logistics, LLC requires potential employees applying for the position of vessel captain to undergo complete two separate medical history questionnaires.

4.      The medical history questionnaires which a potential employee is required to complete form part of an overall assessment of whether the potential employee is physically capable of performing the work of a vessel captain.

5.      The job of a vessel captain is not a sedentary job, and requires a certain level of physical activity.

6.      The duties of a vessel captain can include, but are not limited to, the following:



    a.   climbing and/or descending of ladders and/or stairs to reach the wheelhouse, galley and engine room spaces;

    b.   climbing from docks onto tugs and back;

    c.   climbing from barges onto tugs and back;

    d.   climbing ladders, stairs, and/or gangways to gain access to offshore facilities served by REC Marine's vessels;

    e.   performing routine maintenance and minor vessel repairs;

    f.   assisting with the making or breaking of tow; and

    g.   occasional lifting of up to 20 to 25 lbs.

   7.   Given the physical nature of the work of a vessel captain, REC Marine requires applicants to disclose (through its questionnaires) prior injury or disease to a wide range of body parts that would be utilized in the work of a captain. This includes the upper extremities, inclusive of the shoulders, arms, and wrists.

   8.   Had plaintiff disclosed his prior history of shoulder and left wrist problems, REC Marine would have required further medical information from Ladnier, including prior medical records, and would have required further evidence of plaintiff's capability of performing the duties of a vessel captain before a decision was made as to his employability.

I declare, under penalty of perjury, that the foregoing is true and correct.  Executed on this 30th day of April, 2015.

_____
BLAINE RUSSELL